COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Javalon Dale Robinson v. The State of Texas

Appellate case number:    01-19-00501-CR

Trial court case number:  1549066

Trial court:                        263rd District Court of Harris County

The clerk's record contains an order signed May 31, 2019, by a magistrate and is entitled "Early Identification of Suspected Mental Illness or Intellectual Disability Tex. Code Crim. Proc. Art. 16.22." This order required the staff of the Harris Center for Mental Health and IDD (the local mental health authority) to collect information to determine if the defendant had a mental illness or intellectual disability and to submit a written assessment to the trial court. The clerk's record does not contain a copy of this written assessment.

Accordingly, the Court orders the trial court clerk to file, **within 10 days from the date of this order**, a supplemental clerk's record containing the mental health assessment ordered on May 31, 2019. If there is no assessment in the trial court file, the trial court clerk shall file the supplemental clerk's record with a sworn statement to that effect.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                        ☑ Acting individually     ☐ Acting for the Court

Date:   __October 1, 2020_____